IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ERIC LEONARD LITTLE, <br> AIS # 186353, <br>     Petitioner, <br> v. <br> STATE OF ALABAMA, *et al.*, <br>     Respondents. | ) <br> ) <br> ) <br> ) <br> )    CASE NO. 2:22-CV-429-RAH <br> ) <br> ) <br> ) <br> ) <br> ) |

# **ORDER**

On August 2, 2022, the Magistrate Judge recommended the Petition for Writ of Habeas Corpus be DENIED, specifically finding that Petitioner Eric Little Leonard failed to meet the heightened pleading requirements. On August 15, 2022, Petitioner filed Objections (Doc. 4) to the Recommendation of the Magistrate Judge (Doc. 3).

The Court has independently reviewed the file and reviewed, *de novo*, the Objections and Recommendation. *See* 28 U.S.C. § 636(b). This Court agrees Petitioner has alleged no facts supporting his assertion that Respondents have violated his right to a speedy trial. Consequently, the Petition is facially insufficient. *See McFarland v. Scott*, 512 U.S. 849, 856 (1994).

2

Upon this Court's review and consideration of the arguments set forth in the Objections, the Court agrees with the Magistrate Judge's findings and analysis.

Accordingly, it is ORDERED as follows:

1. The Objections (Doc. 4) are OVERRULED.

2. The Recommendation (Doc. 3) is ADOPTED.

3. The Petition be dismissed without prejudice.

4. Petitioner's motion to proceed in forma pauperis (Doc. 2) is denied as moot.

DONE, on this the 3rd day of January, 2023.

                                                    /s/ R. Austin Huffaker, Jr.
                                                  R. AUSTIN HUFFAKER, JR.
                                                  UNITED STATES DISTRICT JUDGE